**NITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
**********************************  )
PATRICIA ARUDA                    )
JILLIAN ARUDA and                 )
JESSICA ARUDA                     )
     Plaintiffs                   )
                                  )
v.                                )    CIVIL ACTION
                                  )    NO. 1:16-CV-11811
TOYOTA MOTOR CREDIT CORP. and     )
EVERGREEN AUTO RECOVERY, INC.,    )
     Defendants                   )
**********************************
```

**STIPULATION OF DISMISSAL**

Now comes Patricia Aruda, Jillian P. Aruda, and Jessica Aruda as the Trustee of the Fawn Lane Realty Trust; the Plaintiffs, and Toyota Motor Credit Corporation and Evergreen Auto Recovery Inc., the Defendants each by and through their respective counsel, hereby hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the above-captioned action is dismissed, with prejudice.

Dated: December 7, 2016                Respectfully Submitted
                                       Patricia Aruda, Jillian Aruda and Jessica Aruda
                                       By their attorney,

                                       */ s / Patrick M. Culhane*
                                       Patrick M. Culhane, Esq.
                                       BBO No. 628855
                                       100 Grandview Road, Suite 304
                                       Braintree, MA 02184
                                       Tel: (781) 843-3585
                                       Fax:  (781) 780-7552
                                       pculhane@comcast.net

ASSENTED-TO BY:
Toyota Motor Credit Corp., Inc.,
By its attorney,

/ s / Jason W. Canne
Jason W. Canne, Esq.
BBO No. 688275
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
Tel: (617) 422-5397

## CERTIFICATE OF SERVICE

I Patrick M. Culhane, as attorney for the Plaintiffs: Patricia Aruda, Jillian Aruda and Jessica Aruda, hereby certify that I served the foregoing Stipulation of Dismissal electronically and by First Class US Mail, postage pre-paid to the following:

Jason W. Canne, Esq.
As Attorney for Toyota Motor Credit Corporation
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110

And by First Class US Mail Postage Pre-paid to:

Evergreen Auto Recovery Inc.
132 B Shun Pike
PO Box 19171
Johnston, RI 02919

December 7, 2016

/ s / Patrick M. Culhane
Patrick M. Culhane, Esquire
BBO #628855
Law Office of Patrick M. Culhane
100 Grandview Road, Suite 304
Braintree, MA 02184
Tel:  781 848-3585
Fax:  781 780-7552
e-mail: pculhane@comcast.net